UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| LEONYER M. RICHARDSON | : | Civil No. 3:02CV0625(AVC) |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS, | : | |
| OFFICE OF POLICY AND | : | |
| MANAGEMENT, CFEPE-AFT, | : | |
| AFL-CIO, ET AL. | : | |
| | : | |
| Defendants | : | March 17, 2004 |

_____

**MOTION FOR LEAVE TO ISSUE SUBPOENA**

COMES NOW the defendants, State of Connecticut, Commission on Human Rights and Opportunities, Office of Policy and Management, Linda Yelmini, Donald Bardot, Cynthia Watts-Elder and Leanne Appleton, and move the court for an order granting the defendants leave for the limited purpose of issuing a subpoena to obtain records from the Connecticut Auditor of Public Accounts. In support of this motion, the defendants show the court as follows:

1. Discovery in the above case has closed.

2. In March 2004, plaintiff's counsel inquired of defense counsel about amending the pleadings to include a whistleblower claim.

1

3. In order for plaintiff's counsel to make an informed decision about filing a motion to amend the pleadings and for defense counsel to consider a response to such a request, the parties need to obtain a copy of certain records from the Auditors of Public Accounts.

4. These records will not be released by the Auditors absent a subpoena.

5. Should the plaintiff file a motion to amend the pleadings, the court will also need this information in order to consider such a motion.

6. The defendants do not by way of this motion consent to the plaintiff amending her pleadings, but instead, the parties urgently need the above information.

7. This is the defendants' first request for leave for the limited purpose of issuing a subpoena.

8. The granting of this request will not prejudice the parties or unduly delay the case.

9. Defendants' counsel has conferred with plaintiff's counsel and one of the counsels for defendant CFEPE-AFT, AFL-CIO, and there is **NO OBJECTION** to this request.

WHEREFORE, the defendants represented by the undersigned hereby move for an order granting the defendants leave for the limited purpose of issuing a

2

subpoena to obtain records from the Auditor of Public Accounts.

          DEFENDANTS,

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY:_____
    Joseph A. Jordano
    Assistant Attorney General
    Federal Bar # ct21487
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel: (860) 808-5340
    Fax: (860) 808-5383
    E-mail:
    Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

The undersign does hereby certify that on this 17th day of March 2004, a true and accurate copy of the foregoing was sent by first class United States mail, postage prepaid, to:

Cynthia Jennings
Barrister Law Group
211 State Street
Bridgeport, CT 06604

Royce Vehslage
Genovese, Vehslage & LaRosa
500 Enterprise Drive
Rocky Hill, CT 06067

Brian Doyle
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067

        _____
        Joseph A. Jordano
        Assistant Attorney General