**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2004 MAR 18 A 11:58

LEONYER M. RICHARDSON          :     Civil No. 3:02CV0625 (AVC)

   Plaintiff          :

vs.                            :

STATE OF CONNECTICUT           :
COMMISSION ON HUMAN RIGHTS,    :
OFFICE OF POLICY AND           :
MANAGEMENT, CFEPE-AFT,         :
AFL-CIO, ET AL.                :
                               :
   Defendants         :     March 17, 2004

## MOTION FOR LEAVE TO ISSUE SUBPOENA

COMES NOW the defendants, State of Connecticut, Commission on Human Rights and Opportunities, Office of Policy and Management, Linda Yelmini, Donald Bardot, Cynthia Watts-Elder and Leanne Appleton, and move the court for an order granting the defendants leave for the limited purpose of issuing a subpoena to obtain records from the Connecticut Auditor of Public Accounts. In support of this motion, the defendants show the court as follows:

  1. Discovery in the above case has closed.

  2. In March 2004, plaintiff's counsel inquired of defense counsel about amending the pleadings to include a whistleblower claim.

March 22, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1