FILED

2004 MAR 31 P 2: 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff | : | CASE NUMBER:<br>3:02CV625(AVC) |
| vs. | : | |
| ADMINISTRATIVE AND RESIDUAL<br>EMPLOYEES UNION, LOCAL 4200<br>Defendant. | : | MARCH 30, 2004 |

### APPEARANCE

TO THE CLERK of this Court and all parties of record:

Please enter my appearance as Counsel in this case on behalf of defendant ADMINISTRATIVE AND RESIDUAL EMPLOYEES UNION, LOCAL 4200, CFEPE, AFT, AFL-CIO, only.

By: _____
Royce L. Vehslage
Federal Bar # 18006
GENOVESE, VEHSLAGE & CHAPMAN
500 Enterprise Drive
Rocky Hill, CT  06067
(860) 513-3760

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of March, 2004, to the following counsel of record and pro se parties:

Attorneys for Co-Defendants, State of CT, CHRO, OPM, Cynthia Elder, Leanne Appleton, Linda Yelmini, Donald Bardot
Joseph Jordano
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Attorneys for Defendant, Administrative & Residual Employees Union, Local 4200, CFEPE, AFT, AFL-CIO
Brian Doyle, Esq.
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067

Attorneys for Plaintiff, Leonyer M. Richardson
Cynthia R. Jennings, Esq.
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

Royce L. Vehslage