FILED

2004 APR -7 A 10: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff | : | |
| | : | CASE NUMBER:<br>3:02CV625(AVC) |
| vs. | : | |
| | : | |
| ADMINISTRATIVE AND RESIDUAL<br>EMPLOYEES UNION, LOCAL 4200<br>Defendant. | :<br>: | MARCH 30, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this Honorable Court to allow him to withdraw his Appearance that was filed on behalf of the Defendant, ADMINISTRATIVE AND RESIDUAL EMPLOYEES UNION, LOCAL 4200, CFEPE, AFT, AFL-CIO, in this action on May 6, 2002 and in support thereof, the undersigned represents:

1. That he filed an appearance on behalf of the defendant on May 6, 2002 while an employee with the law firm of Genovese, Vehslage & Chapman.

2. As of December 19, 2003 the undersigned is no longer employed with said law firm and therefore will not be able to continue to represent the defendants.

3. Attorney Royce Vehslage of Genovese, Vehslage & Chapman also filed an appearance on behalf of these same defendants on March 30, 2004 and will continue to represent them.

4.	The parties I have represented in this matter, ADMINISTRATIVE AND RESIDUAL EMPLOYEES UNION, LOCAL 4200, CFEPE, AFT, AFL-CIO, have received actual notice of this motion (see attached return receipt) and I am further aware that Attorney Vehslage has discussed the matter of my withdrawal with the defendant.

Based upon the foregoing, the undersigned hereby moves the Court to grant this motion and allow the undersigned to withdraw his Appearance herein.

>	DEFENDANT
>	ADMINISTRATIVE AND
>	RESIDUAL EMPLOYEES UNION,
>	LOCAL 4200,
>
>
>	By:	_____
>		Gregory J. Curtin
>		Federal Bar #: 10877
>		GENOVESE, VEHSLAGE &
>		CHAPMAN
>		500 Enterprise Drive
>		Rocky Hill, CT  06067
>		(860) 513-3760

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of March, 2004, to the following counsel of record and pro se parties:

Attorneys for Co-Defendants, State of CT, CHRO, OPM, Cynthia Elder, Leanne Appleton, Linda Yelmini, Donald Bardot
Joseph Jordano
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Attorneys for Defendant, Administrative & Residual Employees Union, Local 4200, CFEPE, AFT, AFL-CIO
Brian Doyle, Esq.
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067

Attorneys for Plaintiff, Leonyer M. Richardson
Cynthia R. Jennings, Esq.
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

Gregory J. Curtin