


# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff | : | CASE NUMBER:<br>3:02CV625(AVC) |
| vs. | : | |
| ADMINISTRATIVE AND RESIDUAL<br>EMPLOYEES UNION, LOCAL 4200<br>Defendant. | : | MARCH 30, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this Honorable Court to allow him to withdraw his Appearance that was filed on behalf of the Defendant, ADMINISTRATIVE AND RESIDUAL EMPLOYEES UNION, LOCAL 4200, CFEPE, AFT, AFL-CIO, in this action on May 6, 2002 and in support thereof, the undersigned represents:

1. That he filed an appearance on behalf of the defendant on May 6, 2002 while an employee with the law firm of Genovese, Vehslage & Chapman.

2. As of December 19, 2003 the undersigned is no longer employed with said law firm and therefore will not be able to continue to represent the defendants.

3. Attorney Royce Vehslage of Genovese, Vehslage & Chapman also filed an appearance on behalf of these same defendants on March 30, 2004 and will continue to represent them.

April 8, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.