# United States District Court
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff<br><br>Vs.<br><br>STATE OF CONNECTICUT<br>COMMISIOIN ON HUMAN RIGHTS<br>OFFICE OF POLICY AND<br>MANAGEMENT<br>CFEPE-AFT, AFL-CIO, ET AL<br>Defendants | :<br>:<br>:  Civil Action No.<br>:  302CV625(AVC)<br>:<br>:<br>:<br>:<br>:  April 27, 2004<br>:<br>: |

## MOTION TO DEEM PLAINTIFF'S *REQUEST FOR ADMISSIONS* "ADMITTED" PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36 AND 37

The Plaintiff moves pursuant to Rule 37 and Rule 36 of the Federal Rules of Civil Procedure for an order to deem Plaintiff's Request For Admissions served upon Defendants, State of Connecticut, and Leanne Appleton, be admitted, since fully six months have lapsed since the Request For Admissions was served on or about October 27, 2003. Federal Rules of Civil Procedure 36(a); Southern Ry. v. Crosby, 201 F2d 878. 880 (4th Cir. 1953).

Defendants have entirely failed to supply responsive answers to any of the inquiries propounded to them, to even partially comply with the Request. Therefore, Defendants have failed to, "fairly meet the substance of the requested

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~    Bridgeport, CT 06604
(203) 334-4800 ~ Email: cynjennings@aol.com

admissions." FRCP 36(a). Further Defendants have failed to show that they made "reasonable efforts to ascertain the requested matters," Brown v. Arlen Mgmt Corp., 663 F.2d 575, 580 (5th Cir.1981).

The undersigned counsel conferred with counsel for Defendants as to his position on this motion and inquired as to his intention to comply with each and every question asked in Plaintiff's Request for Admissions. To date, I have not received any assurance from counsel for Defendants that he will, in fact, comply with our Request for Admissions, in accordance with Fed. R. of Civil Procedure 36(a).

Plaintiff respectfully requests that this Motion to Deem Plaintiffs Request For Admissions for Defendant Leanne Appleton be GRANTED.

PLAINTIFF,
LEONYER RICHARDSON

BY: _____
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
Federal Bar No. CT21797
211 State Street, 2nd Floor
Bridgeport, CT 06604
(203) 334-4800
Email: cynjennings@aol.com

## **CERTIFICATION**

This is to certify that a copy of the above MOTION TO COMPEL response to Admissions was mailed on April 27, 2004 via U.S. mail to all Counsel of Record as shown below:

Jack V. Genovese II
Gregory J. Curtin
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067

Brian A. Doyle
Ferguson, Doyle & Springer
35 Marshall Rd.
Rocky Hill, CT 06067

Joseph A. Jordano
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

Cynthia R. Jennings, Esq.,