UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO.  3:02CV0625 (AVC) |
|     Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of  Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
|     Defendants. | : | May 11, 2004 |

**<u>DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT</u>**

COMES NOW the defendants, Commission on Human Rights and Opportunities,

Office of Policy and Management, Cynthia Watts-Elder, Leanne Appleton, Linda

Yelmini and Donald Bardot and moves for an extension of time to and including June 8,

2004 in which to file their motion for summary judgment. In support of their motion, the defendants represent as follows:

1. The current Scheduling Order has set the deadline for filing dispositive motions for May 27, 2004.

2. The undersigned recently completed a two-week long trial in federal court before the Honorable United States District Court Judge Stefan R. Underhill in <u>LaMorte v. Leonard.</u>

3. The undersigned is scheduled to begin a federal trial, scheduled for a minimum of one week, on May 17, 2004 before Judge Underhill in <u>Talwar v. Department of Motor Vehicles</u>, 3:01CV1089.

4. The above-captioned matter is labor extensive inasmuch as there are many factual matters that need to be addressed and the defendants anticipate that additional time will be required to address all of the matters raised by the plaintiff.

5. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Cynthia Jennings, Esq., and she has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including June 8, 2004 in which to file their motion for summary judgment and all accompanying papers.

                                      DEFENDANTS, COMMISSION
                                      ON HUMAN RIGHTS AND
                                      OPPORTUNITIES, ET AL.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

By:    _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-1020
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        E-mail:
        Joseph.Jordano@po.state.ct.us

5

## CERTIFICATION

The undersigned hereby certifies that on this      day of May, 2004, a copy of the aforementioned Defendants' Index of Evidence in Support of Motion for Summary Judgment was sent by First Class United States mail, postage prepaid, to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

Royce Vehslage, Esq.
Genevese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT  06067
Counsel for Defendant A&R Employees Union

_____
Joseph A. Jordano
Assistant Attorney General