UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON,<br>Plaintiff, | CASE NO. 3:02CV0625 (AVC) |
| v. | |
| STATE OF CONNECTICUT<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES, OFFICE<br>OF POLICY AND MANAGEMENT,<br>CYNTHIA WATTS-ELDER, in her<br>official capacity as Executive Director of<br>Commissioner on Human Rights and<br>Opportunities, LEANNE APPLETON,<br>in her individual and official capacity<br>as the Director of Finance for the<br>Connecticut Commission on Human<br>Rights and Opportunities, LINDA<br>YELMINI, in her individual and official<br>Capacity as the Director of the Office<br>Of Labor Relations of the Office of<br>Policy and Management, DONALD<br>BARDOT, in his individual and official<br>Capacity as Labor Relations Specialist<br>Office of Labor Relations of Policy<br>And Management, ADMINISTRATIVE<br>AND RESIDUAL EMPLOYEES UNION,<br>LOCAL 4200, CFEPE, AFT, AFL-CIO,<br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>May 11, 2004 |

GRANTED.
So Ordered.
Alfred V. Covello, U.S.D.J.
May 12, 2004.
SO ORDERED.

FILED 2004 MAY 12 P 3:1[?]
U.S. DISTRICT COURT
HARTFORD, CT.

FILED 2004 MAY 12 A 10: 51
U.S. DISTRICT COURT
HARTFORD, CT.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT**

COMES NOW the defendants, Commission on Human Rights and Opportunities, Office of Policy and Management, Cynthia Watts-Elder, Leanne Appleton, Linda Yelmini and Donald Bardot and moves for an extension of time to and including June 8,