UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
|    *Defendants*. | : | June 7, 2004 |

## **DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

     The Defendants, State of Connecticut, Commission on Human Rights and Opportunities, et al., hereby move pursuant to Local Rule 7(a) to file an over length memorandum of law in support of their Motion for Summary Judgment. Defendant seeks permission to file the attached 43-page memorandum of law inasmuch as additional space was required to address all of the

claims raised in this action by the plaintiff.

                DEFENDANTS,
                COMMISSION ON HUMAN RIGHTS &
                OPPORTUNITIES, ET AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:_____
      Joseph A. Jordano
      Assistant Attorney General
      Federal Bar No. ct21487
      P.O. Box 120, 55 Elm Street
      Hartford, CT  06141-0120
      Tel:   (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion to Exceed Page Limit was sent via first class mail, postage prepaid, this 7th day of June, 2004, to:

Royce Vehslage, Esq.
Genevese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT  06067
Counsel for Defendant A&R Employees Union

and hand delivered on June 8, 2004 to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

_____
Joseph A. Jordano
Assistant Attorney General