UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
|     *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
| | : | |
|     *Defendants*. | : | June 7, 2004 |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

COMES NOW the Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff cannot sustain her burden of proof that the Defendants have violated her rights under

federal law. Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

                                              DEFENDANTS,
                                              COMMISSION ON HUMAN RIGHTS &
                                              OPPORTUNITIES, ET AL.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

By:     _____
           Joseph A. Jordano
           Assistant Attorney General
           Federal Bar # ct21487
           55 Elm Street, P.O. Box 120
           Hartford, CT 06141-0120
           Tel: (860) 808-5340
           Fax: (860) 808-5383
           E-mail: Joseph.Jordano@po.state.ct.us

_____
David M. Teed
Assistant Attorney General
Federal Bar # ct09102

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid, this 7th day of June, 2004 to:

Royce Vehslage, Esq.
Genevese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT  06067
Counsel for Defendant A&R Employees Union

and hand-delivered on June 8, 2004 to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

                                                                                  _____
                                                                                  Joseph A. Jordano
                                                                                  Assistant Attorney General