UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
| Defendants. | : | June 7, 2004 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    CHRO Complaint filed by plaintiff against Office of Policy &
            Management, CHRO # 0010435, dated May 30, 2000. (6 pages);

Exhibit 2    Amended Complaint, dated July 7, 2000. (3 pages);

Exhibit 3    Second Amended Complaint in CHRO # 0010435, dated July 19, 2000, (2
            pages);

Exhibit 4     CHRO Transmittal of CHRO Complaint # 00104035 to EEOC, dated June 19, 2000, (5 pages);

Exhibit 5     Answer by Respondent OPM to CHRO Complaint # 0010435, dated August 18, 2000 (33 pages);

Exhibit 6     Letter from Richardson to Loretta Radikas, dated October 4, 2000 (2 pages);

Exhibit 7     Settlement Agreement and Withdrawal, dated September 21, 2000 (5 pages);

Exhibit 8     Letter dated September 22, 2000 from Richardson to Epifanio Carrasquillo at CHRO, rescinding agreement,  received by CHRO September 25, 2000 (1 page);

Exhibit 9     Merit Assessment Review ("MAR") Dismissal, dated November 6, 2000 (3 pages)

Exhibit 10    Complainant's request for reconsideration, filed November 13, 2000 (3 pages)

Exhibit 11    Respondent's objection to request for reconsideration, dated September 26, 2001. (14 pages)

Exhibit 12    Complainant's request for reconsideration rejected,  dated October 15, 2001  (6 pages);

Exhibit 13    Complainant's complaint against CHRO, CHRO # 0210043, dated July 30, 2001, (7 pages);

Exhibit 14    Complainant's amended complaint, # 0210043, dated October 3, 2001 (6 pages);

Exhibit 15    Complainant's second amended complaint, # 0210043, dated October 25, 2001 (4 pages);

Exhibit 16    Complainant's complaint filed with the EEOC, dated  September 6, 2001 (5 pages);

Exhibit 17    Respondent CHRO's answer to Complaint # 0210043, including affidavit of Donald Newton, dated September 17, 2001, (16 pages);

Exhibit 18    Affidavit of Kathleen Stone, dated September 12, 2001 (3 pages)

Exhibit 19    Affidavit of James Davis, dated September 14, 2001 (2 pages);

Exhibit 20     Affidavit of Lummie Spann, dated September 13, 2001 (2 pages);

Exhibit 21     Affidavit of Myrick Walton, dated September 12, 2001 (2 pages)

Exhibit 22     E-mails to and from Leanne Appleton and Richardson, various dates (16) pages

Exhibit 23     E-mail from Susie Carlson re: Herbertia Williams, dated June 13, 2001 (1 page);

Exhibit 24     Affidavit of Colleen Middleton with attachments, dated September 11, 2001 (5 pages);

Exhibit 25     Affidavit of Jacqueline Gelpi with attachments, dated September 12, 2001 (7 pages);

Exhibit 26     Affidavit of Donna Dickson with attachments, dated September 13, 2001(7 pages);

Exhibit 27     Affidavit of Joe McQuiggan with attachments, dated September 12, 2001 (3 pages)

Exhibit 28     E-mails of Susie Carlson and Kathy Stone, (2 pages);

Exhibit 29     Memo from Leanne Appleton to Richardson, dated February 22, 2001 (2 pages);

Exhibit 30     Logbook entry of Susie Carlson, dated October 11, 2000 (1 page);

Exhibit 31     Memo from Leanne Appleton to Richardson, dated April 6, 2001 (2 pages);

Exhibit 32     Memo from Leanne Appleton to Richardson, dated July 17, 2001 (3 pages);

Exhibit 33     E-mail from Leanne Appleton to Richardson, dated July 2, 2001 (2 pages)

Exhibit 34     Memo from Cynthia Watts-Elder to Richardson, dated July 20, 2001 (1 page);

Exhibit 35     Letter from Cynthia Watts-Elder to Richardson, dated August 3, 2001 (2 pages);

Exhibit 36     Letter from Cynthia Watts-Elder to Femi Bogle-Assegai, dated March 29, 2001 (2 pages);

Exhibit 37    Letter from Joanne Driver, principal personnel officer, to Richardson, dated July 22, 1997 (1 page);

Exhibit 38    Performance Evaluation for Leonyer M. Richardson, dated September 15, 2000 (1 page);

Exhibit 39    Correspondence from attorneys, various dates (5 pages);

Exhibit 40    Letter dated December 12, 2001 to Carrasquillo at CHRO regarding amended answer (2 pages);

Exhibit 41    CHRO's Amended Answer to CHRO # 0210043, dated December 11, 2001  (8 pages);

Exhibit 42    Letter from Cynthia Watts Elder to Richardson, dated August 3, 2001 (2 pages);

Exhibit 43    Evaluation of Richardson with attachments, dated September 10, 2001 (16 pages);

Exhibit 44    Letter of warning from Appleton to Richardson, dated August 28, 2001 (8 pages);

Exhibit 45    Letter of warning from Appleton to Richardson, dated July 17, 2001 (4 pages);

Exhibit 46    Letter of warning from Appleton to Richardson, dated April 6, 2001 (2 pages);

Exhibit 47    Letter of warning from Appleton to Richardson, dated February 22, 2001 (2 pages);

Exhibit 48    Letter from Cynthia Watts-Elder to Richardson, dated September 26, 2001 (3 pages);

Exhibit 49    Letter from Cynthia Watts-Elder to Richardson, dated October 15, 2001 (2 pages);

Exhibit 50    CHRO Additional Schedule A Responses to First Amended Complaint # 0210043 , dated December 12, 2001 (9 pages);

Exhibit 51    Herbertia Williams Summary Report, undated  (2 pages)

Exhibit 52    Letter of reprimand from Richard Clifford, Chief, Bureau of Outdoor Recreation, DEP to Richardson, dated October 30, 1996 (1 page);

Exhibit 53     DEP Letter from Driver to Richardson, dated July 22, 1997 (1 page);

Exhibit 54     DEP Letter from Clifford to Richardson, dated August 12, 1997 (1 page);

Exhibit 55     Memo from Donald Newton to Watts-Elder, dated October 9, 2001 (1 page);

Exhibit 56     Letter from Cynthia Watts-Elder to Richardson, dated October 15, 2001 (2 pages);

Exhibit 57     CHRO Notice of Final Agency Action, MAR decision, dated March 15, 2002 (3 pages);

Exhibit 58     CHRO Release of Jurisdiction letter, dated April 10, 2002 (3 pages);

Exhibit 59     CHRO Complaint filed against OPM, CHRO # 0210422, dated April 9, 2002 (9 pages);

Exhibit 60     Charge Transmittal from CHRO to EEOC against OPM, dated April 29, 2002, (5 pages);

Exhibit 61     Appearance of Attorney Gareth Bye for OPM, dated June 14, 2002 (2 pages);

Exhibit 62     Response by Respondent OPM to Schedule A Requests for Information with attached affidavits of Don Bardot and Linda Yelmini, dated June 14, 2002 (7 pages);

Exhibit 63     CHRO Schedule A Requests for Information in Complaint # 0210422, dated April 16, 2002 (2 pages);

Exhibit 64     OPM Answer to CHRO Complaint # 0210422 with exhibits attached, dated June 14, 2002 (9 pages);

Exhibit 65     Withdrawal of Complaint, dated September 21, 2000 (1 page);

Exhibit 66     Stipulated Agreement, dated September 21, 2000 (2 pages);

Exhibit 67     Request for Reconsideration, dated November 9, 2000 (2 pages);

Exhibit 68     Request for Reconsideration Receipt, dated November 13, 2000 (1 page)

Exhibit 69     Letter from CHRO to Richardson, dated October 15, 2001 (2 pages);

Exhibit 70    Written decision regarding request for reconsideration, dated October 12, 2001 with attachment memo dated August 21, 2000 (4 pages);

Exhibit 71    Letter from Pamela Law to Cynthia Watts-Elder, dated November 28, 2000 (1 page);

Exhibit 72    Excerpts from contract between State of Connecticut and A& Union, pp. 26-32 (8 pages);

Exhibit  73    Arbitration Decision, dated July 17, 1985 (12 pages);

Exhibit 74    Letter from Warren Cullen, Chief Steward, Director of Labor Relations to Linda Yelmini, dated November 9, 2001 (1 page);

Exhibit 75    Letter from Cullen to Yelmini, dated November 9, 2001 (1 page);

Exhibit 76    Richardson federal complaint, dated April 18, 2002 (18 pages);

Exhibit 77    CHRO Notice of Final Agency Decision, MAR Decision of Dismissal in Complaint # 0210422, dated September 4, 2002 (2 pages);

Exhibit 78    Request for Reconsideration, received September 16, 2002 (3 pages);

Exhibit 79    Request for Reconsideration Receipt, dated September 19, 2002 (1 page);

Exhibit 80    Complainant's complaint against A&R, CHRO # 0210423, dated April 9, 2002 (9 pages);

Exhibit 81    Schedule A Requests for Information in CHRO # 0210423 (2 pages);

Exhibit 82    Charge transmittal by CHRO to EEOC re: Complaint # 0210423, dated April 29, 2002 (4 pages);

Exhibit 83    Appearance for A&R by Attorney Brian A. Doyle, dated June 11, 2002, (1 page);

Exhibit 84    Answer by A&R to Complaint # 0210423, dated June 13,2002 (8 pages);

Exhibit 85    Schedule A Answers by A&R to complaint # 0210423, dated June 13, 2002 (5 pages);

Exhibit 86    Draft Contract between State of Connecticut and A&R, Administrative & Residual Employees Union Local 4200-AFT/CFEPE, AFL-CIO, effective July 1, 1999 to June 30, 2003 (50 pages);

Exhibit 87    A&R Union Constitution By-Laws (19 pages);

Exhibit 88      A&R Arbitration Review Committee Report (6 pages);

Exhibit 89      Amended Answer and Schedule A responses by A&R, dated September
                30, 2002 (14 pages);

Exhibit 90      Final Contract between State of Connecticut and A&R, Administrative &
                Residual Employees Union Local 4200-AFT/CFEPE, AFL-CIO, effective
                July 1, 1999 to June 30, 2003 (53 pages)

Exhibit 91      A&R Final Union Constitution By-Laws (19 pages);

Exhibit 92      A&R Final Arbitration Review Committee Report (6 pages);

Exhibit 93      CHRO Notice of Final Agency Action, MAR Decision regarding CHRO
                Complaint # 0210423, dated September 4, 2002 (2 pages);

Exhibit 94      Request for Reconsideration, dated September 12, 2002 (3 pages);

Exhibit 95      Request for Reconsideration Receipt, dated September 19, 2002 (1 page);

Exhibit 96      Complaint filed with the Office of Auditors of Public Accounts and
                findings, dated July 16, 2001(11 pages);

Exhibit 97      Complaint filed with the Office of Auditors of Public Accounts and
                findings, dated February 7, 2002 (4 pages);

Exhibit 98      First Day of Hearing, December 31, 2001, before the Connecticut
                Department of Labor Appeals Division (87 pages);

Exhibit 99      Second Day of Hearing, January 29, 2002, before the Connecticut
                Department of Labor Appeals Division (51 pages);

Exhibit 100     Third Day of Hearings, March 1, 2002 before the Connecticut
                Department of Labor Appeals Division (118 pages);

Exhibit 101     Decision of Department of Labor Appeals Referee Lee Ellen Terry,
                dated April 30, 2002 (9 pages);

Exhibit 102     Appeal of Claimant (Richardson) to the Board of Review regarding
                decision by appeals referee, dated May 13, 2002 (20 pages);

Exhibit 103     Notice of Appeal to the Board of Review mailed to interested parties
                on June 20, 2002 (2 pages);

Exhibit 104    Decision of the Board of Review mailed to interested parties on November 19, 2002 (6 pages);

Exhibit 105    Affidavit of Cynthia Watts-Elder, dated June 4, 2004;

Exhibit 106    Excerpts from deposition of Don Bardot, dated December 2, 2002;

Exhibit 107    Excerpts from deposition of Joseph Zakrzewski, dated September 27, 2002;

Exhibit 108    Excerpts from deposition of Warren Cullen, dated September 27, 2002, with deposition exhibits;

Exhibit 109    Excerpts from deposition of Leonyer Richardson, Vol. I, dated December 11, 2002;

Exhibit 110    Excerpts from deposition of Leonyer Richardson, Vol. II, dated December 20, 2002;

Exhibit 111    Resume of Leonyer Richardson (1 page);

Exhibit 112    Defendant A&R Union's Answer to Plaintiff's Complaint, dated June 28, 2002;

Exhibit 113    Affidavit of Donald Newton, dated June 4, 2004;

Exhibit 114    State Defendants' Answer to Plaintiff's Complaint, dated June 3, 2002;

Exhibit 115    Affidavit of Leanne Appleton, dated June 4, 2004.

9

DEFENDANTS, COMMISSION
ON HUMAN RIGHTS AND
OPPORTUNITIES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By:     _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on this     7th    day of June, 2004, a copy of

the aforementioned Defendants' Index of Evidence in Support of Motion for Summary

Judgment was sent by First Class United States mail, postage prepaid, to:

Royce Vehslage, Esq.
Genevese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT  06067
Counsel for Defendant A&R Employees Union

and hand delivered on June 8, 2004 to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

_____
Joseph A. Jordano
Assistant Attorney General