# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER RICHARDSON : | | Case No. 3:02CV0625 (AVC) |
| *Plaintiff* : | | |
| v. : | | Judge Alfred V. Covello |
| : | | |
| CHRO, et al. : | | Notice of Manual Filing |
| : | | |
| *Defendants* : | | June 7, 2004 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits in Support of Defendants' Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct 21487