

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JUN -7 P 1:52
U.S. DISTRICT COURT
HARTFORD, CT.

LEONYER M. RICHARDSON,
    *Plaintiff*,

v.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES, OFFICE
OF POLICY AND MANAGEMENT,
CYNTHIA WATTS-ELDER, in her
official capacity as Executive Director of
Commissioner on Human Rights and
Opportunities, LEANNE APPLETON,
in her individual and official capacity
as the Director of Finance for the
Connecticut Commission on Human
Rights and Opportunities, LINDA
YELMINI, in her individual and official
Capacity as the Director of the Office
Of Labor Relations of the Office of
Policy and Management, DONALD
BARDOT, in his individual and official
Capacity as Labor Relations Specialist
Office of Labor Relations of Policy
And Management, ADMINISTRATIVE
AND RESIDUAL EMPLOYEES UNION,
LOCAL 4200, CFEPE, AFT, AFL-CIO,

    *Defendants*.

CASE NO. 3:02CV0625 (AVC)

June 7, 2004

### DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Defendants, State of Connecticut, Commission on Human Rights and Opportunities, et al., hereby move pursuant to Local Rule 7(a) to file an over length memorandum of law in support of their Motion for Summary Judgment. Defendant seeks permission to file the attached 43-page memorandum of law inasmuch as additional space was required to address all of the

June 14, 2004. GRANTED.
SO ORDERED.
/s/ Covello, U.S.D.J.