# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff | Civil Action No.<br>302CV625(AVC) |
| Vs. | |
| STATE OF CONNECTICUT<br>COMMISIOIN ON HUMAN RIGHTS<br>OFFICE OF POLICY AND<br>MANAGEMENT<br>CFEPE-AFT, AFL-CIO, ET AL<br>Defendants | April 27, 2004 |

### MOTION TO DEEM PLAINTIFF'S *REQUEST FOR ADMISSIONS* "ADMITTED" PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36 AND 37

The Plaintiff moves pursuant to Rule 37 and Rule 36 of the Federal Rules of Civil Procedure for an order to deem Plaintiff's Request For Admissions served upon Defendants, State of Connecticut, and Leanne Appleton, be admitted, since fully six months have lapsed since the Request For Admissions was served on or about October 27, 2003. Federal Rules of Civil Procedure 36(a); Southern Ry. v. Crosby, 201 F2d 878, 880 (4th Cir.1953).

Defendants have entirely failed to supply responsive answers to any of the inquiries propounded to them, to even partially comply with the Request. Therefore, Defendants have failed to, "fairly meet the substance of the requested

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~   Bridgeport, CT 06604
(203) 334-4800 ~ Email: cynjennings@aol.com

---

*Handwritten annotations:*

[Left margin, vertical]: The motion is denied without prejudice to its refiling with an affidavit from counsel in conformity with Local Rule 37. SO ORDERED.
June 23, 2004.

[Signed] Alfred V. Covello, U.S.D.J.

[Stamp]: FILED 2004 JUN 23 P 1:15 U.S. DISTRICT COURT HARTFORD

[Top right stamp]: FILED 2004 APR 28 A 11:02 U.S. DISTRICT COURT HARTFORD CT