# United States District Court
## DISTRICT OF CONNECTICUT

**FILED** 2004 JUN 28 A 11: 29
U.S. DISTRICT COURT

| | |
|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff<br><br>Vs.<br><br>STATE OF CONNECTICUT<br>COMMISIOIN ON HUMAN RIGHTS<br>OFFICE OF POLICY AND<br>MANAGEMENT<br>CFEPE-AFT, AFL-CIO, ET AL<br>Defendants | Civil Action No.<br>302CV625(AVC)<br><br><br><br><br><br>June 25, 2004 |

## MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for sixty days from the due date of June 29, 2004, to August 29, 2004. This extension of time is necessitated by: (1) the press of legal business, specifically the demands of three Federal Appellate Court briefs..

This is Plaintiff's first request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted counsel for Defendants' who had no objections to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797

*July 2, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.*