# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff<br><br>Vs.<br><br>STATE OF CONNECTICUT<br>COMMISSION ON HUMAN RIGHTS<br>OFFICE OF POLICY AND<br>MANAGEMENT<br>CFEPE-AFT, AFL-CIO, ET AL<br>Defendants | Civil Action No.<br>302CV625(AVC)<br><br><br><br><br><br>August 13, 2004 |

### SECOND MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for an additional thirty days from August 29, 2004 to September 28, 2004. We are requesting that the court grant an extension until September 28, 2004. This extension of time is necessitated by: (1) the massive size of the file, wherein four large binders of information were submitted, with a total of one hundred and one undisputed facts, all of which require individual analysis, research, evidence production, proofing, editing, duplication and submission. The Court granted defendants a Motion to Exceed the Page Limit in this matter. Plaintiff respectfully requests of the Court, another extension in order to fully address the contents of this document. Additionally,

plaintiff's counsel has one Second Circuit Appellate Index of the Record and Appellate Brief due for or before August 19, 2004, an Appellate Index of the Record due on September 8, 2004, and another Motion for Summary Judgment for which a response is due on August 23, 2004.

This is Plaintiff's second request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted Attorney Jordano, who originated the Defendant's Motion for Summary Judgment. He had no objection as long as he will have 30 days from the date of our filing, to file a reply. Attorney Royce Vehslage stated that he does not have any objection if Attorney Jordano does not, as it is Attorney Jordano's motion, and Attorney Brian Doyle was on vacation, and could not be reached for comment.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

> PLAINTIFF,
> LEONYER RICHARDSON
>
> BY: _____
> CYNTHIA R. JENNINGS, ESQ.,
> THE BARRISTER LAW GROUP, LLC.,
> Federal Bar No. CT21797
> 211 State Street, 2nd Floor
> Bridgeport, CT 06604
> (203) 334-4800
> Email: cynjennings@aol.com

## CERTIFICATION

This is to certify that a copy of Plaintiff's Second Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, was sent on August 13, 2004 via U.S. mail to all Counsel of Record as shown below:

Jack V. Genovese II
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067

Brian A. Doyle
Ferguson, Doyle & Springer
35 Marshall Rd.
Rocky Hill, CT 06067

Joseph A. Jordano
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

_____
Cynthia R. Jennings, Esq.,