UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
| | : | |
| *Defendants*. | : | October 4, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

      COMES NOW the defendants and respectfully request an extension of time of thirty (30) days to and including November 12, 2004 in which to file a reply brief to plaintiff's objection to defendants' motion for summary judgment. In support of this motion, the defendants, through counsel, represent as follows;

      1.     The plaintiff filed her opposition brief dated September 27, 2004 which included a voluminous amount of documents.

2. Defendants' counsel is aware that a reply brief is not required pursuant to Local Rules of Civil Procedure but is desirous of doing so.

3. The defendants through counsel require additional time to review the materials submitted by the plaintiff and prepare a proper response.

4. The undersigned began a public hearing before the Connecticut Commission on Human Rights & Opportunities (CHRO) in <u>Mangillo v. Department of Education,</u>, CHRO No. 0240104 on October 1, 2004 which will require the bulk of counsel's attention.

5. This is the defendants' first request for an extension of time to file a reply brief.

6. The plaintiff will not be prejudiced by the defendants' request.

7. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Cynthia Jennings, Esq., and she has NO OBJECTION to this motion.

WHEREFORE, the defendants through counsel respectfully request an extension of time of thirty (30) days to and including November 12, 2004 in which to file a reply to plaintiff's opposition to defendants' motion for summary judgment.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel.: (860) 808-5340
Fax:  (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Reply Brief to Plaintiff's Opposition to Defendants' Motion for Summary Judgment was sent via first class mail, postage prepaid, this    4th   day of October, 2004 to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

Royce Vehslage, Esq.
Genevese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT  06067
Counsel for Defendant A&R Employees Union

_____
Joseph A. Jordano
Assistant Attorney General