UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
| | : | |
| *Defendants.* | : | October 4, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

COMES NOW the defendants and respectfully request an extension of time of thirty (30) days to and including November 12, 2004 in which to file a reply brief to plaintiff's objection to defendants' motion for summary judgment. In support of this motion, the defendants, through counsel, represent as follows;

1. The plaintiff filed her opposition brief dated September 27, 2004 which includes a voluminous amount of documents.

GRANTED.

Alfred V. Covello, U.S.D.J.

October 6, 2006.
SO ORDERED.