FILED

2004 OCT 21  A 9: 37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON : | |
| Plaintiff : | CASE NUMBER: |
| : | 3:02CV625(AVC) |
| vs. : | |
| : | |
| ADMINISTRATIVE AND RESIDUAL : | |
| EMPLOYEES UNION, LOCAL 4200 : | October 19, 2004 |
| Defendant. : | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves the Court to allow him to withdraw his Appearance that was filed on behalf of Defendants Administrative and Residual Employees Union, Local 4200, CFEPE, AFT and AFL-CIO in this action on May 6, 2002. In support hereof, the undersigned represents:

1. That he filed his appearance on behalf of Defendants Administrative and Residual Employees Union, Local 4200, CFEPE, AFT, and AFL-CIO on May 6, 2002.

2. As of October 30, 2004, the undersigned will no longer be employed with said law firm and therefore will not be able to continue to represent these defendants.

3. Attorney Royce Vehslage of said firm has also filed his appearance on behalf of said Defendants on May 6, 2002 and he has and will continue to represent Defendants

Administrative and Residual Employees Union, Local 4200, CFEPE, AFT and AFL-CIO.

4.     The parties that I have represented in this matter have received notice of my intention to withdraw my appearance.

Based upon the foregoing, the undersigned hereby moves the Court to grant this Motion and allow the undersigned to withdraw his Appearance herein.

By: _____
Jack V. Genovese II
Federal Bar #: 00573
GENOVESE, VEHSLAGE & CHAPMAN
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760

Date:

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of October, 2004, to the following counsel of record and pro se parties:

>Attorneys for Co-Defendants, State of CT, CHRO, OPM,
>Cynthia Elder, Leanne Appleton, Linda Yelmini, Donald
>Bardot
>Joseph Jordano, Esq.
>Attorney General's Office
>55 Elm Street
>P.O. Box 120
>Hartford, CT 06141-0120
>
>Attorneys for Defendant, Administrative & Residual
>Employees Union, Local 4200, CFEPE, AFT, AFL-CIO
>Brian Doyle, Esq.
>Ferguson & Doyle
>35 Marshall Road
>Rocky Hill, CT 06067
>
>Attorneys for Plaintiff, Leonyer M. Richardson
>Cynthia R. Jennings, Esq.
>The Barrister Law Group, LLC
>211 State Street, 2nd Floor
>Bridgeport, CT 06604

Jack V. Genovese II