FILED
2004 OCT 21 A 9:37
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONYER M. RICHARDSON
    Plaintiff

vs.

ADMINISTRATIVE AND RESIDUAL
EMPLOYEES UNION, LOCAL 4200
    Defendant.

CASE NUMBER:
3:02CV625(AVC)

October 19, 2004

## MOTION TO WITHDRAW APPEARANCE

    The undersigned hereby moves the Court to allow him to withdraw his Appearance that was filed on behalf of Defendants Administrative and Residual Employees Union, Local 4200, CFEPE, AFT and AFL-CIO in this action on May 6, 2002. In support hereof, the undersigned represents:

    1.    That he filed his appearance on behalf of Defendants Administrative and Residual Employees Union, Local 4200, CFEPE, AFT, and AFL-CIO on May 6, 2002.

    2.    As of October 30, 2004, the undersigned will no longer be employed with said law firm and therefore will not be able to continue to represent these defendants.

    3.    Attorney Royce Vehslage of said firm has also filed his appearance on behalf of said Defendants on May 6, 2002 and he has and will continue to represent Defendants

*(Margin annotation: October 21, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.)*