UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO.  3:02CV0625 (AVC) |
|     *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES,  OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of  Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
| | : | |
|     *Defendants*. | : | November 3, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

COMES NOW the defendants and respectfully request a one-week extension of time to

and including November 19, 2004 in which to file a reply brief to plaintiff's objection to

defendants' motion for summary judgment.  In support of this motion, the defendants, through

counsel, represent as follows;

1.      The plaintiff filed her opposition brief dated September 27, 2004 which

included a voluminous amount of documents.

2.      Defendants' counsel is aware that a reply brief is not required pursuant to Local Rules of Civil Procedure but is desirous of doing so.

3.      The defendants previously requested an extension of time to file a reply brief on October 4, 2004 (Doc. # 52).  The defendants' motion was granted by the Court on October 6, 2004 (Doc. # 53).

4.      The plaintiff has recently asked the defendants to consider a settlement offer that cannot be considered by the CHRO Commissioners until their next scheduled meeting later this month.

5.      This is the defendants' second request for an extension of time to file a reply brief.

6.      The plaintiff will not be prejudiced by the defendants' request.

7.      Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Cynthia Jennings, Esq., and she has NO OBJECTION to this motion.


WHEREFORE, the defendants through counsel respectfully request a one-week extension of time to and including November 19, 2004 in which to file a reply to plaintiff's opposition to defendants' motion for summary judgment.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By:    _____
       Joseph A. Jordano
       Assistant Attorney General
       Federal Bar # ct21487
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-1020
       Tel.: (860) 808-5340
       Fax:  (860) 808-5383
       E-mail: Joseph.Jordano@po.state.ct.us


## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a

copy of the foregoing Motion for Extension of Time to File Reply Brief to Plaintiff's

Opposition to Defendants' Motion for Summary Judgment was sent via first class mail,

postage prepaid,  this     3rd day of November, 2004 to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

Royce Vehslage, Esq.
Genevese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT  06067
Counsel for Defendant A&R Employees Union


                              _____
                              Joseph A. Jordano
                              Assistant Attorney General