

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONYER M. RICHARDSON,
*Plaintiff,*
v.

STATE OF CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, OFFICE OF POLICY AND MANAGEMENT, CYNTHIA WATTS-ELDER, in her official capacity as Executive Director of Commissioner on Human Rights and Opportunities, LEANNE APPLETON, in her individual and official capacity as the Director of Finance for the Connecticut Commission on Human Rights and Opportunities, LINDA YELMINI, in her individual and official Capacity as the Director of the Office Of Labor Relations of the Office of Policy and Management, DONALD BARDOT, in his individual and official Capacity as Labor Relations Specialist Office of Labor Relations of Policy And Management, ADMINISTRATIVE AND RESIDUAL EMPLOYEES UNION, LOCAL 4200, CFEPE, AFT, AFL-CIO,

*Defendants.*

CASE NO. 3:02CV0625 (AVC)

FILED
2004 NOV -3 A 9: 36
U.S. DISTRICT COURT
HARTFORD, CT.

November 3, 2004

November 4, 2004. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

COMES NOW the defendants and respectfully request a one-week extension of time to and including November 19, 2004 in which to file a reply brief to plaintiff's objection to defendants' motion for summary judgment. In support of this motion, the defendants, through counsel, represent as follows;

1. The plaintiff filed her opposition brief dated September 27, 2004 which included a voluminous amount of documents.

FILED
2004 NOV 10 A 10: 38
U.S. DISTRICT COURT
HARTFORD, CT