UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO.  3:02CV0625 (AVC) |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES,  OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of  Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
| | | |
|     *Defendants*. | : | November 17, 2004 |

**<u>DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT</u>**

The Defendants, State of Connecticut, Commission on Human Rights and Opportunities, et al., hereby move pursuant to Local Rule 7(a) to file an over length reply brief in response to plaintiff's opposition brief to defendants' motion for summary judgment.  The Defendants seek permission to file the attached 15-page reply brief inasmuch as additional space was required to address all of the issues raised by the plaintiff in her opposition brief.

                      DEFENDANTS,
                      COMMISSION ON HUMAN RIGHTS &
                      OPPORTUNITIES, ET AL.

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL


BY:_____
                      Joseph A. Jordano
                      Assistant Attorney General
                      Federal Bar No. ct21487
                      P.O. Box 120, 55 Elm Street
                      Hartford, CT  06141-0120
                      Tel:   (860) 808-5340
                      Fax: (860) 808-5383
                      E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion to Exceed Page Limit was sent via first class mail, postage prepaid, this 17th day of November, 2004, to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

Royce Vehslage, Esq.
Genevese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT  06067
Counsel for Defendant A&R Employees Union

_____
Joseph A. Jordano
Assistant Attorney General