UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 17 A 10: 27
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LEONYER M. RICHARDSON,<br>*Plaintiff,* | : CASE NO. 3:02CV0625 (AVC)<br>:<br>: |
| v. | : |
| STATE OF CONNECTICUT<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES, OFFICE<br>OF POLICY AND MANAGEMENT,<br>CYNTHIA WATTS-ELDER, in her<br>official capacity as Executive Director of<br>Commissioner on Human Rights and<br>Opportunities, LEANNE APPLETON,<br>in her individual and official capacity<br>as the Director of Finance for the<br>Connecticut Commission on Human<br>Rights and Opportunities, LINDA<br>YELMINI, in her individual and official<br>Capacity as the Director of the Office<br>Of Labor Relations of the Office of<br>Policy and Management, DONALD<br>BARDOT, in his individual and official<br>Capacity as Labor Relations Specialist<br>Office of Labor Relations of Policy<br>And Management, ADMINISTRATIVE<br>AND RESIDUAL EMPLOYEES UNION,<br>LOCAL 4200, CFEPE, AFT, AFL-CIO, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| *Defendants.* | : November 17, 2004 |

November 19, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 NOV 19 P 3:14
U.S. DISTRICT COURT
HARTFORD, CT

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Defendants, State of Connecticut, Commission on Human Rights and Opportunities, et al., hereby move pursuant to Local Rule 7(a) to file an over length reply brief in response to plaintiff's opposition brief to defendants' motion for summary judgment. The Defendants seek permission to file the attached 15-page reply brief inasmuch as additional space was required to address all of the issues raised by the plaintiff in her opposition brief.