UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff | CIVIL ACTION NO.<br>3:02 CV0625 (AVC) |
| VS. | |
| STATE OF CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, OFFICE OF POLICY AND MANAGEMENT, CYNTHIA WATTS-ELDER, in her official capacity as Executive Director of Commissioner on Human Rights and Opportunities, LEANNE APPLETON, in her individual and official capacity as the Director of Finance for the Connecticut Commission on Human Rights and Opportunities, LINDA YELMINI, in her individual and official capacity as the Director of the Office of Labor Relations of the Office of Policy and Management, DONALD BARDOT, in his individual and official capacity as Labor Relations Specialist Office of Labor Relations of Policy and Management, ADMINISTRATIVE AND RESIDUAL EMPLOYEES UNION, LOCAL 4200, CFEPE, AFT, AFL-CIO<br>Defendants | FEBRUARY 18, 2005 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Administrative and Residual Employees Union, Local 4200, CFEPE, AFT, AFL-CIO, only, in the above-entitled case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

HALLORAN
& SAGE LLP

DEFENDANTS,
ADMINISTRATIVE AND RESIDUAL
EMPLOYEES UNION, LOCAL 4200, CFEPE,
AFT, AFL-CIO

BY: _____
James M. Sconzo
Fed. Bar No. ct 04571
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on this 21st day of February, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Cynthia Renee Jennings, Esq
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT 06604

Joseph A. Jordano, Esq.
Attorney General's Office
Employment Rights
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Royce L. Vehslage, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

David Michael Teed, Esq.
Attorney General's Office
Special Litigation
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Brian A. Doyle, Esq.
Ferguson, Doyle & Springer
35 Marshall Road
Rocky Hill, CT 06067-1400

_____
JAMES M. SCONZO

654504 1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105