

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON<br>Plaintiff | CASE NUMBER:<br>3:02CV625(AVC) |
| vs. | |
| ADMINISTRATIVE AND RESIDUAL<br>EMPLOYEES UNION, LOCAL 4200<br>Defendant. | February 23, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this Honorable Court to allow him to withdraw his Appearance, which was filed on behalf of the Defendant Administrative and Residual Employees Union, in this action on March 30, 2004. In support hereof, the undersigned represents:

1. That the firm which employs Attorney Vehslage is a staff counsel firm for Fireman's Fund Insurance and Fireman's Fund recently announced that it will be closing the firm in which Attorney Vehslage is employed, effective February 25, 2005.

2. As of February 25, 2005, the undersigned will no longer be employed with said law firm and therefore, will not be able to continue to represent this defendant.

3. Attorney James M. Sconzo of the firm HALLORAN & SAGE, 225 Asylum Street, Hartford, CT has filed his appearance on behalf of this defendant on February 18,

2005.

4. That Fireman's Fund Insurance continues to provide for the defense of this defendant by way of the firm HALLORAN & SAGE.

5. The party that I have represented in this matter has received notice of my intention to withdraw my appearance by way of both letter explaining the withdrawal, as well as, a copy of this motion. (See attached 'green card' evidencing the client's receipt of the motion via certified mail, pursuant to Local Rule 7 (e).)

Based upon the foregoing, the undersigned hereby moves this Honorable Court to grant this Motion and allow the undersigned to withdraw his Appearance herein.

By: _____
Royce L. Vehslage
Federal Bar #: 18006
VEHSLAGE, CHAPMAN & CARTIER
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760

SENDER: COMPLETE THIS SECTION        COMPLETE THIS SECTION ON DELIVERY

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 23rd day of February, 2005, to the following counsel of record and pro se parties:

Attorneys for Co-Defendants, State of CT, CHRO, OPM, Cynthia Elder, Leanne Appleton, Linda Yelmini, Donald Bardot
Joseph Jordano, Esq.
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Attorneys for Defendant, Administrative & Residual Employees Union, Local 4200, CFEPE, AFT, AFL-CIO
Brian Doyle, Esq.
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067

Attorneys for Plaintiff, Leonyer M. Richardson
Cynthia R. Jennings, Esq.
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

Royce L. Vehslage