FILED

2005 FEB 24 A 10: 45

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON | : | |
| Plaintiff | : | CASE NUMBER: |
| | : | 3:02CV625(AVC) |
| vs. | : | |
| | : | |
| ADMINISTRATIVE AND RESIDUAL | : | |
| EMPLOYEES UNION, LOCAL 4200 | : | February 23, 2005 |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this Honorable Court to allow him to withdraw his Appearance, which was filed on behalf of the Defendant Administrative and Residual Employees Union, in this action on March 30, 2004. In support hereof, the undersigned represents:

1. That the firm which employs Attorney Vehslage is a staff counsel firm for Fireman's Fund Insurance and Fireman's Fund recently announced that it will be closing the firm in which Attorney Vehslage is employed, effective February 25, 2005.

2. As of February 25, 2005, the undersigned will no longer be employed with said law firm and therefore, will not be able to continue to represent this defendant.

3. Attorney James M. Sconzo of the firm HALLORAN & SAGE, 225 Asylum Street, Hartford, CT has filed his appearance on behalf of this defendant on February 18,

March 4, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.