FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 APR 29 P 3: 51

DISTRICT COURT

LEONYER RICHARDSON

v.

STATE OF CONNECTICUT,
CHRO, ET. AL.,

CIVIL CASE NO.

3:02CV00625(AVC)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __LEONYER RICHARDSON__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

___SEE ATTACHED.___

2. The Judgment /Order in this action was entered on __3-31-05__.
(date)

_Cynthia Jennings_ (FBA)
Signature

CYNTHIA R. JENNINGS, ESQ.,
Print Name
THE BARRISTER LAW GROUP, LLC,
211 STATE STREET, 2ND FLOOR
BRIDGEPORT CT. 06604.
Address

Date: __4-29-05__

203-334-4800 VTN 17
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONYER M. RICHARDSON

V.                                      CASE NO. 3:02CV00625(AVC)

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS,
OFFICE OF POLICY AND MANAGEMENT,
CYNTHIA WATTS ELDER, LEANNE
APPLETON, LINDA YELMINI, DONALD
BARDOT, ADMINISTRATIVE & RESIDUAL
EMPLOYEES UNION, LOCAL 4200, CFEPE,
AFT, AFL-CIO

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants having filed their motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on March 31, 2005 having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants and against the plaintiff.

Dated at Hartford, Connecticut, this 31st day of March, 2005.

KEVIN F. ROWE, Clerk

By: /s/JW
Jo-Ann Walker
Deputy Clerk

EOD: _____

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Appeal was sent via regular mail on this 29th day of April 2005, to counsel for defendant and all parties of record as shown below:

Joseph Jordano, Assistant Attorney General
Office of the Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


                                        _____
                                        Cynthia R. Jennings, Esq.,