# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
**CLERK**

FILED
2005 JUN 13 P 2: 30

| | |
|---|---|
| Date: | 6/9/05 |
| Docket Number: | 05-2138-cv |
| Short Title: | Richardson v. Human Rights |
| DC Docket Number: | 02-cv-625 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Alfred Covello |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 9th day of June, two thousand five.

Leonyer M. Richardson,

   Plaintiff-Appellant,

               v.

Commission on Human Rights & Opportunities, Office of Policy and Management, Cynthia Watts Elder, Leanne Appleton, Linda Yelmini, Donald Bardot, Administrative and Residual Employees Union,

   Defendant-Appellee.

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 3/31/05 United States Court for the District of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED: 6/9/05

For the Court,
Roseann B. MacKechnie, Clerk

By: Julius D. Crockwell
Deputy Clerk