UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
|     *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
|     *Defendants*. | : | June 15, 2005 |

## DEFENDANTS' MOTION FOR COSTS

      Defendant's motion for summary judgment was granted on March 31, 2005 (Doc. # 64) and Judgment was entered on April 1, 2005 (Doc. # 65). The plaintiff filed a timely appeal to the Second Circuit Court of Appeals on or about April 29, 2005 (Doc. # 66). Said, appeal, however was dismissed and a mandate issued by the Second Circuit on June 9, 2005 and a certified copy was received by the District Court on or about June 13, 2005 (Doc. # 67). The dismissal of the appeal by the Second Circuit makes the decision of the District Court a final judgment.

Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that

    a.    The court assess costs in this action in the amount of $ 4,141.15 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

                                  DEFENDANTS

                                  RICHARD BLUMENTHAL
                                  ATTORNEY GENERAL

BY: _____
                    Joseph A. Jordano
                    Assistant Attorney General
                    Federal Bar No. ct21487
                    55 Elm Street, P.O. Box 120
                    Hartford, CT  06141-0120
                    Tel: (860) 808-5340
                    Fax: (860) 808-5383
                    Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Costs was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this ____ day of June, 2005 to:

Cynthia Jennings, Esq.
Barrister Law Group
211 State Street
Bridgeport, CT  06604

_____
Joseph A. Jordano
Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
|     *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
|     *Defendants*. | : | June 15, 2005 |

**BILL OF COSTS**

1. Fees of the State Marshal…………………………….. $ 36.15
    Subpoena on State Auditors for records,
      dated March 29, 2004 -- invoice attached

2. Fees of the Court Reporter .......................................... $ 832.50
    Deposition of Leonyer Richardson, Vol. I,
      dated December 11, 2002 -- invoice attached

3. Fees of the Court Reporter …………………………… $ 783.75
   Deposition of Leonyer Richardson, Vol. II,
   dated December 20, 2002 – invoice attached

4. Fees of the Videographer …………………………… $1,150.00
   Depositions of Leonyer Richardson for
   December 11, 2002 and December 20,
   2002 -- invoice attached

5. Fees of the Court Reporter …………………………. $ 453.75
   Deposition of Joseph Zakrzewski, Vol. I,
   dated September 27, 2002 – invoice attached

6. Fees of the Court Reporter ………………………….. $ 75.00
   Deposition of Joseph Zakrzewski, Vol. II,
   dated December 2, 2002 – invoice attached

7. Fees of the Court Reporter………………………….. $ 562.50
   Depositions of Joseph Zakrzewski, Vol. II and
   Donald Bardot, dated December 2, 2002,
   -- invoice attached

8. Fees of the Court Reporter ………………………… $ 247.50
   Deposition of Warren Cullen, dated
   September 27, 2002 – invoice attached

          **TOTAL**                              **$4,141.15**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
|    *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
|    *Defendants*. | : | June 15, 2005 |

**CERTIFICATION**

     I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

                                                _____
                                                Joseph A. Jordano
                                                Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of June, 2005.

                                                _____
                                                Notary Public/Commissioner of the Superior Court