# INVOICE

## JOSEPH MUSUMECI
CONNECTICUT STATE MARSHAL - HARTFORD COUNTY
39 RUSS STREET
HARTFORD, CONNECTICUT 06106
OFFICE: 860-246-5922  CELL: 860-559-8544

March 29, 2004

Office of The Attorney General
Attn: Joseph Jordano, Ass't Attorney General
55 Elm Street
Hartford, CT 06141-0120

RE: Leonyer
vs.
State of Connecticut Commission on Human Rights & Opportunities

March 29, 2004        Services rendered        $ 36.15

Subpeoena

Pages          2.00
Endorsement    .80
Service        30.00
Travel         3.35

Total     $ 36.15

INVOICE NUMBER: 040600

DUE UPON RECEIPT
Thank You

**Brandon Smith Reporting Service, LLC**                                                      Statement

|  | Date |
|---|---|
|  | 4/16/2003 |

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

Joseph A Jordano
Office of the Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06103

Phone
Fax

| Invoice # | Billed | Job Date | Witness | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| Richardson vs CHRO | | | | | | |
| 511ss | 12/30/2002 | 12/11/2002 | Richardson, Leonyer (202 pages) | | | $872.90 |
| | | | | | Case Total | $872.90 |

*[signature] 4/22/03*

We accept Visa, Mastercard and American Express.

# Brandon Smith Reporting Service, LLC
**Invoice**

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, January 08, 2003 | 2703rr |

Joseph A Jordano
Office of the Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06103

Phone: (860) 808-5340    Fax:

| | |
|---|---|
| Witness: | Richardson, Leonyer |
| Case: | Richardson vs CHRO |
| Venue: | |
| Case #: | |
| Date: | 12/20/2002 |
| Start Time: | 9:00 AM |
| End Time: | : 0 |
| Reporter: | Robin Balletto |
| Claim #: | |
| File #: | 1209rr |

| Description | Quan | Total |
|---|---|---|
| Attorney General | 189 | $746.55 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $821.55 |
| Payments | | $0.00 |
| Balance Due | | $821.55 |

RECEIVED JAN - 9 2003 ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649

**We accept American Express, Mastercard and Visa**

# HAMILTON COMMUNICATIONS

P.O. BOX 555, WESTBROOK, CONNECTICUT 06498  (860) 399-4999  FAX (860) 399-6999

January 3, 2003

Joseph A. Jordano, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06106-1774

Case: Richardson v State of Connecticut

## INVOICE

For the videotape recording of the following depositions

Date: December 11, 2002
Location: Hartford, CT
Witness: Leonyer M. Richardson (Volume I - 3 tapes)

Date: December 20, 2002
Location: Hartford, CT
Witness: Leonyer M. Richardson (Volume II - 3 tapes)

```
Videography (2 days @ $575.00)..................... $1,150.00
Copy of each original videotape (six tapes) .....      N/C
Shipping ..........................................    10.00

                      Total ....................... $1,160.00
```

Payable upon receipt please
EIN # 01-0670488



JAJ

PATRICIA TYSZKA, LSR, RMR
=====COURT REPORTING SERVICES=====
189 Old Forge Road
Riverton, Connecticut 06065-1214
(860) 379-7955

### INVOICE

| | |
|---|---|
| **TO:** Joseph Jordano, Esq.<br>Office of the Attorney General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120 | **DATE:** 10/7/02<br>**INVOICE #:** 4570-A<br><br>**TAX ID #:** 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 |

**RE:** Leonyer Richardson vs State of Connecticut, Connecticut Commission on Human Rights and Opportunities, et al.

---

**DEPOSITION OF:** Joseph Zakrzewski   9/27/02

**TRANSCRIPT:**              121 pgs @ 3.75           453.75
(1 Copy - 1 week delivery)

                                       SUBTOTAL      453.75

**XEROXING:** 88 pgs @ .25/pg                         22.00
**DISKETTE:**
**COMPRESSED FORMAT:**
**POSTAGE:**                                           5.30

                                       SUBTOTAL      481.05
                                       SALES TAX

                                       TOTAL         481.05



RECEIVED OCT - 8 2002 ATTORNEY GENERAL'S OFFICE

JAJ

**Brandon Smith Reporting Service, LLC**  Invoice

44 Capitol Avenue
Hartford, CT  06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, December 04, 2002 | 2240rr |

Joseph A Jordano
Office of the Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06103

Phone:   (860) 808-5340    Fax:

| | |
|---|---|
| Witness: | Zakrewski, Joe |
| Case: | Richardson vs CHRO |
| Venue: | |
| Case #: | |
| Date: | 12/2/2002 |
| Start Time: | 9:00 AM |
| End Time: | : 0 |
| Reporter: | Irene Janazzo |
| Claim #: | |
| File #: | 2965ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $75.00 |
| Payments | | $0.00 |
| Balance Due | | $75.00 |

Fed. I.D. # 06-1448649
We accept American Express, Mastercard and Visa



PATRICIA TYSZKA, LSR, RMR
=============COURT REPORTING SERVICES=============
189 Old Forge Road
Riverton, Connecticut 06065-1214
(860) 379-7955

INVOICE

TO: Joseph Jordano, Esq.          DATE: 1/3/03
    Office of the Attorney General  INVOICE #: 4909-A
    55 Elm Street
    P.O. Box 120
    Hartford, CT 06141-0120        TAX ID #: 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

RE: Leonyer Richardson vs State of Connecticut, Connecticut
    Commission on Human Rights and Opportunities, et al.

DEPOSITION OF: Joe Zakrzewski, Vol. II, Don Bardot 12/2/02

| | | |
|---|---|---|
| TRANSCRIPT:<br>(1 Copy) | 225 pgs @ 2.50 | 562.50 |
| | SUBTOTAL | 562.50 |
| XEROXING:<br>DISKETTE:<br>COMPRESSED FORMAT:<br>POSTAGE/HANDLING: | | 4.75 |
| | SUBTOTAL<br>SALES TAX | 567.25 |
| | TOTAL | 567.25 |

PATRICIA TYSZKA, LSR, RMR
═COURT REPORTING SERVICES═
189 Old Forge Road
Riverton, Connecticut 06065-1214
(860) 379-7955

## INVOICE

TO:  Joseph Jordano, Esq.            DATE: 11/8/02
     Office of the Attorney General      INVOICE #: 4569-A
     55 Elm Street
     P.O. Box 120
     Hartford, CT  06141-0120            TAX ID #: 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

RE: Leonyer Richardson vs State of Connecticut, Connecticut
    Commission on Human Rights and Opportunities, et al.

DEPOSITION OF: Warren Cullen  9/27/02

| | | |
|---|---|---:|
| TRANSCRIPT:<br>(1 Copy) | 99 pgs @ 2.50 | 247.50 |
| | SUBTOTAL | 247.50 |
| XEROXING: 149 pgs @ .25/pg | | 37.25 |
| DISKETTE: | | |
| COMPRESSED FORMAT: | | |
| POSTAGE/HANDLING: | | 6.80 |
| | SUBTOTAL | 291.55 |
| | SALES TAX | |
| | TOTAL | 291.55 |



RECEIVED NOV 1 4 2002 ATTORNEY GENERAL'S OFFICE