UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER RICHARDSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02 CV 0625 (AVC) |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL, | : | JULY 11, 2005 |
| Defendants. | : | |

## APPEARANCE

Please enter my appearance on behalf on the Defendant, Administrative and Residual Employees Union, Local 4200 CFEPE, AFT, AFL-CIO.

THE DEFENDANT:
ADMINISTRATIVE AND RESIDUAL
EMPLOYEES UNION, LOCAL 4200
CFEPE, AFT, AFL-CIO

By_____
Jonathan C. Sterling
Fed. Bar #ct24576
JORDEN BURT LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089
(860) 392-5000

- 2 -

## **CERTIFICATION**

This is to certify that on this 11th day of July, 2005, I hereby mailed a copy of the foregoing to:

Cynthia Renne Jennings, Esq.
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604
(plaintiff)

Brian A. Doyle, Esq.
35 Marshall Road
Rocky Hill, CT 06067
(Administrative & Residual Employees)

_____
Jonathan C. Sterling