# NOTICE OF MANUAL FILING

Plaintiff **[Leonyer Richardson]**     )       Case No. **[3:02-cv-625 (AVC)]**

    v.                                     )
                                          )
Defendant     **[State of Connecticut
Commission on Human Rights,
Office of Policy and Management
CFEPE-AFT, AFL-CIO, et al]**     )       Notice of Manual Filing

Please take notice that **[Leonyer Richardson]** has manually filed

Plaintiff's Reply to defendant's Objection to Plaintiff's Motion for Corrected Judgment.

This document has not been filed electronically because:

[ X ]   the document cannot be converted to an electronic format

The document has been manually served on all parties.

                        Respectfully submitted,

                     **[ /S/   Cynthia R. Jennings]**
                     Cynthia R. Jennings (ct21797)
                     The Barrister Law Group, LLC
                     211 State Street
                     Bridgeport, CT 06604
                     Phone: (203) 334-4800
                     Fax: (203) 333-7178
                     E-mail: Cynthia_Jennings_law@yahoo.com