UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | CASE NO. 3:02CV0625 (AVC) |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, OFFICE | : | |
| OF POLICY AND MANAGEMENT, | : | |
| CYNTHIA WATTS-ELDER, in her | : | |
| official capacity as Executive Director of | : | |
| Commissioner on Human Rights and | : | |
| Opportunities, LEANNE APPLETON, | : | |
| in her individual and official capacity | : | |
| as the Director of Finance for the | : | |
| Connecticut Commission on Human | : | |
| Rights and Opportunities, LINDA | : | |
| YELMINI, in her individual and official | : | |
| Capacity as the Director of the Office | : | |
| Of Labor Relations of the Office of | : | |
| Policy and Management, DONALD | : | |
| BARDOT, in his individual and official | : | |
| Capacity as Labor Relations Specialist | : | |
| Office of Labor Relations of Policy | : | |
| And Management, ADMINISTRATIVE | : | |
| AND RESIDUAL EMPLOYEES UNION, | : | |
| LOCAL 4200, CFEPE, AFT, AFL-CIO, | : | |
| *Defendants*. | : | AUGUST 22, 2005 |

**DEFENDANT OPM'S OBJECTION AND MOTION TO STRIKE
PORTIONS OF THE PLAINTIFF REPLY MEMORANDUM IN
<u>SUPPORT OF ITS RULE 54 MOTION</u>**

COMES NOW the defendant Office of Policy and Management and objects to portions

of the plaintiff's reply memorandum dated July 31, 2005. The plaintiff's Rule 54 motion

cannot serve as the basis to modify the court's judgment in favor of defendant OPM. This

defendant moves to strike any reference to modifying a judgment against OPM based on

evidence attached to the plaintiff's memorandum that was not included in the plaintiff's summary judgment submission and properly raised through a Rule 60(b) motion..

                                DEFENDANT,
                                OFFICE OF POLICY
                                AND MANAGEMENT

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL


BY:    _____
                 Joseph A. Jordano
                 Assistant Attorney General
                 Federal Bar # ct21487
                 55 Elm Street, P.O. Box 120
                 Hartford, CT 06141-0120
                 Tel: 860-808-5340
                 Fax: 860-808-5383
                 email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 22nd day of August, 2005, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

James M. Sconzo
John M. Sterling
Jorden Burt, LLP
175 Powder Forrest Drive
Suite 201
Simsbury, CT 06067

Brain A. Doyle, Esq.
35 Marshall Road
Rocky Hill, CT 06067

Cynthia Jennings, Esq.
Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604

_____
Joseph A. Jordano
Assistant Attorney General