

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT



UNITED STATES COURT OF APPEALS
FILED
AUG 1 8 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

RICHARDSON

v.

STATE OF CT.

Docket No. 05-2138-cv

nhct
02-cv-625
Covello

### STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because some claims are still pending in District Court, i.e., Count 5 (against the Union) FRCP 54(b), and no certification has been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating all the claims and the rights and liabilities of all the parties, or granting certification, FRCP 54(b).

Attorney for Appellant
Cynthia R. Jennings FOR APPELLANT

Attorney for Appellee
JOSEPH JORDANO FOR APPELLEE

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel

Aug. 18, 2005

Counsel: Please print name and firm under signature.

**A TRUE COPY**
Roseann B. MacKechnie, CLERK

DEPUTY CLERK

CERTIFIED: 8/19/05