UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | |
| | : | |
| vs. | : | CASE NO.  3:02CV625 (AVC) |
| | : | |
| STATE OF CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL., | : : : | |

RULING ON DEFENDANTS' MOTION FOR COSTS

Before the Clerk is defendants' motion for costs filed June 16, 2005.  Defendants motion for summary judgment was granted on March 31, 2005, and judgment entered on April 1, 2005.  The plaintiff filed a timely appeal on April 29, 2005.  On June 13, 2005, the U.S. Court of Appeals issued a mandate dismissing the appeal.  On June 20, 2005, the plaintiff filed a motion to alter judgment which has not yet been ruled on. On August 18, 2005, the U.S. Court of Appeals issued a mandate entitled stipulation withdrawing premature appeal.  The mandate states in pertinent part  "It appearing that the above appeal is premature because some claims are still pending in the District Court, i.e., Count 5 (against the Union)."

Accordingly, defendants' motion for costs is denied without prejudice to renewal when the motion to alter judgment has been ruled on and the judgment becomes final.

Dated at Hartford, Connecticut, this 12th day of September 2005.

               KEVIN F. ROWE, Clerk


           By: _____/s/lik_____
              Linda I. Kunofsky
              Deputy-in-Charge