UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF CONNECTICUT<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES, OFFICE<br>OF POLICY AND MANAGEMENT,<br>CYNTHIA WATTS-ELDER, in her<br>official capacity as Executive Director of<br>Commissioner on Human Rights and<br>Opportunities, LEANNE APPLETON,<br>in her individual and official capacity<br>as the Director of Finance for the<br>Connecticut Commission on Human<br>Rights and Opportunities, LINDA<br>YELMINI, in her individual and official<br>Capacity as the Director of the Office<br>Of Labor Relations of the Office of<br>Policy and Management, DONALD<br>BARDOT, in his individual and official<br>Capacity as Labor Relations Specialist<br>Office of Labor Relations of Policy<br>And Management, ADMINISTRATIVE<br>AND RESIDUAL EMPLOYEES UNION,<br>LOCAL 4200, CFEPE, AFT, AFL-CIO,<br>*Defendants*. | CASE NO. 3:02CV0625 (AVC)<br><br>FILED 2005 AUG 22 A 9:34<br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 22, 2005 |

**DEFENDANT OPM'S OBJECTION AND MOTION TO STRIKE
PORTIONS OF THE PLAINTIFF REPLY MEMORANDUM IN
<u>SUPPORT OF ITS RULE 54 MOTION</u>**

COMES NOW the defendant Office of Policy and Management and objects to portions of the plaintiff's reply memorandum dated July 31, 2005. The plaintiff's Rule 54 motion cannot serve as the basis to modify the court's judgment in favor of defendant OPM. This defendant moves to strike any reference to modifying a judgment against OPM based on

[Margin annotation: November 28, 2005. DENIED. SO ORDERED. Alfred V. Covello, U.S.D.J.]