UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONYER M. RICHARDSON

       V.                    CASE NO. 3:02CV00625(AVC)

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS,
OFFICE OF POLICY AND MANAGEMENT,
CYNTHIA WATTS ELDER, LEANNE
APPLETON, LINDA YELMINI, DONALD
BARDOT, ADMINISTRATIVE & RESIDUAL
EMPLOYEES UNION, LOCAL 4200, CFEPE,
AFT, AFL-CIO

## CORRECTED JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants State of Connecticut Commission on Human Rights, Office of Policy and Management, Cynthia Watts Elder, Leanne Appleton, Linda Yelmini, Donald Bardot having filed their motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on March 31, 2005 having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of those defendants and against the plaintiff, and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of Administrative & Residual Employees Union, Local 4200, CFEPE, AFT, AFL-CIO as a matter of law.

Dated at Hartford, Connecticut, this 29th day of November, 2005.

KEVIN F. ROWE, Clerk

By:___/s/_____
Fidelis Basile
Deputy Clerk

EOD: _____