FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

2006 JAN 27 A 11: 32

LEONYER M. RICHARDSON

v.                              CIVIL CASE NO. 3:02-CV-00625 (AVC)

STATE OF CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES; OFFICE OF POLICY AND MANAGEMENT; CYNTHIA WATTS ELDER; LEANNE APPLETON; LINDA YELMINI; DONALD BARDOT; ADMINISTRATIVE & RESIDUAL EMPLOYEES UNION LOCAL 4200, CFEPE, AFT, AFL-CIO

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __LEONYER RICHARDSON__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach a copy of the Judgment or Order):

SEE ATTACHED

2. The Judgment /Order in this action was entered on __3-31-05__.
(date)

_[signature]_
Signature

CYNTHIA R. JENNINGS
Print Name

THE BARRISTER LAW GROUP, LLC
211 STATE STREET - 2ND FLOOR
BRIDGEPORT, CT 06604
Address

Date: 1/27/06

203-334-4800 ext. 13
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

Rev. 7/02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONYER M. RICHARDSON

V.                                              CASE NO. 3:02CV00625(AVC)

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS,
OFFICE OF POLICY AND MANAGEMENT,
CYNTHIA WATTS ELDER, LEANNE
APPLETON, LINDA YELMINI, DONALD
BARDOT, ADMINISTRATIVE & RESIDUAL
EMPLOYEES UNION, LOCAL 4200, CFEPE,
AFT, AFL-CIO

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants having filed their motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on March 31, 2005 having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants and against the plaintiff.

Dated at Hartford, Connecticut, this 31st day of March, 2005.

KEVIN F. ROWE, Clerk

By:___/s/JW_____
    Jo-Ann Walker
    Deputy Clerk

EOD: _____