# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONYER M. RICHARDSON,<br>    *Plaintiff* | :<br>:<br>: |
| V. | :   CIVIL ACTION NO.<br>:   3:02CV0625 (AVC) |
| STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS AND<br>OPPORTUNITIES, OFFICE OF POLICY AND<br>MANAGEMENT, CYNTHIA WATTS-ELDER, in<br>her official capacity as Executive Director of CHRO,<br>LEANNE APPLETON, in her individual and<br>official capacity as the Director of Finance for the<br>CHRO, LINDA YELMINI, in her individual and<br>official capacity as the Director of the Office of<br>Labor Relations of the Office of Policy and<br>Management, DONALD BARDOT, in his<br>individual and official capacity as Labor Relations<br>Specialist, Office of Labor Relations of Policy<br>and Management, ADMINISTRATIVE AND<br>RESIDUAL EMPLOYEES UNION, LOCAL<br>4200, CFEPE, AFT, AFL-CIO,<br>    *Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   January 27, 2006<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR LEAVE TO FILE A LATE NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4 (a) (5) (A) Plaintiff moves the court for leave to file a late notice of appeal in the above-captioned case and files this Memorandum of Law in Support.

1

FOR THE PLAINTIFF
LEONYER M. RICHARDSON


BY:_____
Cynthia R. Jennings, Esq. (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street, Suite 200
Bridgeport, CT   06604
Tel:  (203) 334-4800
Fax: (203) 333-7178
Email:  Cynthia_Jennings_Law@yahoo.com

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Leave to File Late Notice of Appeal was served on January 27, 2006 by placing in the United States Mail, postage prepaid to the following parties:

> Joseph A. Jordano
> Assistant Attorney General
> 55 Elm Street
> P. O. Box 120
> Hartford, CT   06141-0120
>
> Brian A. Doyle, Esq.
> Ferguson, Doyle & Springer
> 35 Marshall Road
> Rocky Hill, CT   06067
>
> James Sconzo
> Jorden Burt LLP
> 175 Powder Forest Drive
> Suite 201
> Simsbury, CT 06089

_____
Cynthia R. Jennings