## NOTICE OF MANUAL FILING

All documents filed in paper pursuant to a Notice of Manual Filing must be accompanied by a computer disk containing a PDF version of the document being filed unless the document falls within the excepted documents list contained in these policies and procedures.

| | |
|---|---|
| **Leonyer Richardson** | Case No.   **3:02-cv-00625-AVC** |
| | Appellant Case No.   **05-2183-cv** |

v.

**State of Connecticut Commission
On Human Rights and Opportunities, et al**

### Notice of Manual Filing

Please take notice that **Leonyer Richardson** has manually filed the **Exhibits**.

This document has not been filed electronically because:

[ X ]  the document (or thing) cannot be converted to an electronic format

The document has been manually served on all parties.

Respectfully submitted,


**/s/ Cynthia R. Jennings, Esq.**
Cynthia R. Jennings, Esq. (ct21797)
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Phone:  203-334-4800
Fax:     203-333-7178
e-mail:  Cynthia_Jennings_law@yahoo.com

Rev. 8/29/05