UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER RICHARDSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02 CV 0625 (AVC) |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL, | : | FEBRUARY 2, 2006 |
| Defendants. | : | |

## OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN APPEAL OUT OF TIME

The Defendant, Administrative and Residual Employees Union, Local 4200 CFEPE, AFT, AFL-CIO (hereinafter, the "Union"), hereby objects to the Plaintiff's Motion for Leave to File an Appeal Out of Time dated January 27, 2006. The Union joins in the February 2, 2006 Objection to Plaintiff's Motion for Leave to File an Appeal Out of Time filed by defendants State of Connecticut Commission on Human Rights, Office of Policy and Management, Leanne Appleton, Linda Yelmini, Donald Bardot and Cynthia Watts-Elder, and adopts all relevant arguments and facts set forth therein.

                    THE DEFENDANT:
                    ADMINISTRATIVE AND RESIDUAL
                    EMPLOYEES UNION, LOCAL 4200
                    CFEPE, AFT, AFL-CIO

By _____
    James M. Sconzo and
    Fed. Bar #ct04571
    Jonathan C. Sterling
    Fed. Bar #ct24576
    Jorden Burt LLP
    175 Powder Forest Drive
    Suite 201
    Simsbury, CT  06089
    (860) 392-5000

## CERTIFICATION

      This is to certify that on this 2nd day of February, 2006, I hereby mailed a copy of the foregoing to:

Cynthia Renne Jennings, Esq.
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604
(plaintiff)

Brian A. Doyle, Esq.
35 Marshall Road
Rocky Hill, CT  06067
(Administrative & Residual Employees)

                                                  _____
                                                  Jonathan C. Sterling