UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONYER M. RICHARDSON, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV625(AVC) |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| CONNECTICUT COMMISSION ON | : | |
| HUMAN RIGHTS, OFFICE POLICY | : | |
| AND MANAGEMENT, CFEPE-AFT, | : | |
| AFL-CIO, ET AL., | : | |
| Defendants. | : | April 18, 2006 |

### INDEX TO THE RECORD ON APPEAL

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:* | 04/09/2002 | Summons Issued |
|    | *Entered:* | 04/11/2002 | |
| 1 | *Filed:* | 04/09/2002 | Complaint |
|   | *Entered:* | 04/11/2002 | |
| 2 | *Filed:* | 04/09/2002 | Scheduling Order |
|   | *Entered:* | 04/11/2002 | |
|   | *Terminated:* | 06/13/2005 | |
| 3 | *Filed:* | 04/22/2002 | Summons Returned Executed |
|   | *Entered:* | 04/29/2002 | |
| 4 | *Filed:* | 04/22/2002 | Summons Returned Executed |
|   | *Entered:* | 04/29/2002 | |
| 5 | *Filed:* | 04/22/2002 | Summons Returned Executed |
|   | *Entered:* | 04/29/2002 | |
| -- | *Filed & Entered:* | 04/29/2002 | Order |
|    | *Terminated:* | 06/13/2005 | |
| 6 | *Filed & Entered:* | 04/29/2002 | Notice of Appearance |
| 7 | *Filed & Entered:* | 04/29/2002 | Motion for Extension of Time |

|   | | | |
|---|---|---|---|
|   | *Terminated:* | 04/29/2002 | |
| 8 | *Filed:*<br>*Entered:* | 04/29/2002<br>04/30/2002 | Notice of Appearance |
| 9 | *Filed & Entered:* | 05/07/2002 | Notice of Appearance |
| 10 | *Filed & Entered:* | 05/07/2002 | Notice of Appearance |
| -- | *Filed & Entered:*<br>*Terminated:* | 05/30/2002<br>06/13/2005 | Order |
| 11 | *Filed & Entered:*<br>*Terminated:* | 05/30/2002<br>05/30/2002 | Motion for Extension of Time |
| 12 | *Filed & Entered:* | 06/03/2002 | Answer to Complaint |
| 13 | *Filed & Entered:* | 07/01/2002 | Answer to Complaint |
| 14 | *Filed & Entered:* | 07/09/2002 | Report of Rule 26(f) Planning Meeting |
| 15 | *Filed & Entered:*<br>*Terminated:* | 07/18/2002<br>06/13/2005 | Order |
| 16 | *Filed & Entered:*<br>*Terminated:* | 08/15/2002<br>08/19/2002 | Motion for Extension of Time |
| -- | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/19/2002<br>08/20/2002<br>06/13/2005 | Order |
| 17 | *Filed & Entered:*<br>*Terminated:* | 11/27/2002<br>12/04/2002 | Motion for Extension of Time |
| -- | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/04/2002<br>12/05/2002<br>06/13/2005 | Order |
| 18 | *Filed & Entered:*<br>*Terminated:* | 03/31/2003<br>04/02/2003 | Motion for Extension of Time |
| -- | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/02/2003<br>04/03/2003<br>06/13/2005 | Order |
| 19 | *Filed &* | 05/09/2003 | Motion for Extension of Time |

|    | | | |
|----|---|---|---|
|    | *Entered:*<br>*Terminated:* | 05/13/2003 | |
| -- | *Filed & Entered:*<br>*Terminated:* | 05/13/2003<br>06/13/2005 | Order |
| 20 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/19/2003<br>06/20/2003<br>06/30/2003 | Motion for Extension of Time |
| -- | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/30/2003<br>07/01/2003<br>06/13/2005 | Order |
| 21 | *Filed & Entered:*<br>*Terminated:* | 07/09/2003<br>07/16/2003 | Motion to Withdraw as Attorney |
| -- | *Filed & Entered:* | 07/10/2003 | Set Deadlines/Hearings |
| 22 | *Filed & Entered:* | 07/11/2003 | Notice of Appearance |
| -- | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/15/2003<br>07/16/2003<br>06/13/2005 | Order |
| 23 | *Filed & Entered:*<br>*Terminated:* | 07/15/2003<br>07/15/2003 | Motion to Withdraw as Attorney |
| -- | *Filed & Entered:*<br>*Terminated:* | 07/16/2003<br>06/13/2005 | Order |
| -- | *Filed & Entered:* | 08/05/2003 | Set Deadlines/Hearings |
| 24 | *Filed & Entered:* | 08/06/2003 | Notice of Appearance |
| 25 | *Filed:*<br>*Entered:* | 08/19/2003<br>08/20/2003 | Settlement Conference |
| 26 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/18/2003<br>09/19/2003<br>09/22/2003 | Motion for Extension of Time |
| -- | *Filed & Entered:*<br>*Terminated:* | 09/22/2003<br>06/13/2005 | Order |
| 27 | *Filed & Entered:* | 03/18/2004 | Motion for Miscellaneous Relief |

|    |                      |            |                                          |
|----|----------------------|------------|------------------------------------------|
|    | *Terminated:*        | 03/22/2004 |                                          |
| 28 | *Filed & Entered:*   | 03/22/2004 | Order on Motion for Miscellaneous Relief |
|    | *Terminated:*        | 06/13/2005 |                                          |
| 29 | *Filed:* *Entered:*  | 03/31/2004 04/01/2004 | Notice of Appearance          |
| 30 | *Filed & Entered:*   | 04/07/2004 | Motion to Withdraw as Attorney           |
|    | *Terminated:*        | 04/08/2004 |                                          |
| 31 | *Filed & Entered:*   | 04/08/2004 | Order on Motion to Withdraw as Attorney  |
|    | *Terminated:*        | 06/13/2005 |                                          |
| 32 | *Filed & Entered:*   | 04/28/2004 | Motion for Miscellaneous Relief          |
|    | *Terminated:*        | 06/23/2004 |                                          |
| 33 | *Filed:* *Entered:*  | 05/03/2004 05/04/2004 | Response                      |
| -- | *Filed & Entered:*   | 05/12/2004 | Set Deadlines/Hearings                   |
| 34 | *Filed & Entered:*   | 05/12/2004 | Motion for Extension of Time             |
|    | *Terminated:*        | 05/12/2004 |                                          |
| 35 | *Filed & Entered:*   | 05/12/2004 | Order on Motion for Extension of Time    |
|    | *Terminated:*        | 06/13/2005 |                                          |
| 36 | *Filed & Entered:*   | 06/07/2004 | Motion for Leave to File                 |
|    | *Terminated:*        | 06/14/2004 |                                          |
| 37 | *Filed & Entered:*   | 06/07/2004 | Motion for Summary Judgment              |
|    | *Terminated:*        | 03/31/2005 |                                          |
| 38 | *Filed & Entered:*   | 06/07/2004 | Statement of Material Facts              |
| 39 | *Filed & Entered:*   | 06/07/2004 | Exhibit                                  |
| 40 | *Filed & Entered:*   | 06/07/2004 | Exhibit                                  |
| 41 | *Filed & Entered:*   | 06/07/2004 | Exhibit                                  |
| 42 | *Filed & Entered:*   | 06/07/2004 | Exhibit                                  |

| | | | |
|---|---|---|---|
| 43 | *Filed & Entered:* | 06/14/2004 | Memorandum in Support of Motion |
| 44 | *Filed: Entered: Terminated:* | 06/14/2004 06/15/2004 06/13/2005 | Order on Motion for Leave to File |
| 45 | *Filed: Entered:* | 06/14/2004 06/15/2004 | Memorandum in Support of Motion |
| 46 | *Filed: Entered: Terminated:* | 06/23/2004 06/24/2004 06/13/2005 | Order on Motion for Miscellaneous Relief |
| 47 | *Filed & Entered: Terminated:* | 06/28/2004 07/06/2004 | Motion for Extension of Time to File Response/Reply to Motion |
| 48 | *Filed: Entered: Terminated:* | 07/06/2004 07/07/2004 06/13/2005 | Order on Motion for Extension of Time to File Response/Reply to Motion |
| 49 | *Filed & Entered: Terminated:* | 08/16/2004 08/17/2004 | Motion for Extension of Time to File Response/Reply to Motion |
| -- | *Filed & Entered:* | 08/17/2004 | Set Motion and Rcmd Ruling Deadlines/Hearings |
| 50 | *Filed & Entered: Terminated:* | 08/17/2004 06/13/2005 | Order on Motion for Extension of Time to File Response/Reply to Motion |
| 51 | *Filed: Entered:* | 09/27/2004 09/28/2004 | Memorandum in Opposition to Motion |
| 52 | *Filed & Entered: Terminated:* | 10/05/2004 10/07/2004 | Motion for Extension of Time to File Response/Reply to Motion |
| 53 | *Filed & Entered: Terminated:* | 10/07/2004 06/13/2005 | Order on Motion for Extension of Time to File Response/Reply to Motion |
| 54 | *Filed & Entered: Terminated:* | 10/21/2004 10/21/2004 | Motion to Withdraw as Attorney |
| 55 | *Filed & Entered: Terminated:* | 10/21/2004 06/13/2005 | Order on Motion to Withdraw as Attorney |
| 56 | *Filed & Entered: Terminated:* | 11/03/2004 11/10/2004 | Motion for Extension of Time to File Response/Reply to Motion |

| | | | |
|---|---|---|---|
| 57 | *Filed & Entered:* *Terminated:* | 11/10/2004 06/13/2005 | Order on Motion for Extension of Time to File Response/Reply to Motion |
| 58 | *Filed & Entered:* *Terminated:* | 11/17/2004 11/19/2004 | Motion for Leave to File Excess Pages |
| 59 | *Filed:* *Entered:* *Terminated:* | 11/19/2004 11/22/2004 06/13/2005 | Order on Motion for Leave to File Excess Pages |
| 60 | *Filed:* *Entered:* | 11/19/2004 11/22/2004 | Reply to Response to Motion |
| 61 | *Filed:* *Entered:* | 02/23/2005 02/24/2005 | Notice of Appearance |
| 62 | *Filed:* *Entered:* *Terminated:* | 02/24/2005 02/28/2005 03/07/2005 | Motion to Withdraw as Attorney |
| 63 | *Filed:* *Entered:* *Terminated:* | 03/07/2005 03/08/2005 06/13/2005 | Order on Motion to Withdraw as Attorney |
| 64 | *Filed:* *Entered:* *Terminated:* | 03/31/2005 04/01/2005 06/13/2005 | Order on Motion for Summary Judgment |
| 65 | *Filed:* *Entered:* *Terminated:* | 03/31/2005 04/01/2005 06/13/2005 | Judgment |
| 66 | *Filed:* *Entered:* *Terminated:* | 04/29/2005 05/02/2005 06/13/2005 | Notice of Appeal |
| -- | *Filed & Entered:* *Terminated:* | 05/02/2005 06/13/2005 | USCA Appeal Fees |
| 67 | *Filed:* *Entered:* *Terminated:* | 06/13/2005 06/14/2005 08/30/2005 | USCA Mandate |
| 68 | *Filed & Entered:* | 06/16/2005 | Bill of Costs |
| 69 | *Filed:* *Entered:* *Terminated:* | 06/20/2005 06/21/2005 11/23/2005 | Motion to Alter Judgment |
| 70 | *Filed:* *Entered:* | 07/11/2005 07/12/2005 | Notice of Appearance |

| | | | |
|---|---|---|---|
| 71 | *Filed:* *Entered:* | 07/11/2005 07/12/2005 | Response |
| 72 | *Filed:* *Entered:* *Terminated:* | 07/20/2005 07/26/2005 08/30/2005 | USCA Scheduling Order |
| 73 | *Filed:* *Entered:* | 08/01/2005 08/02/2005 | Reply to Response to Motion |
| 74 | *Filed:* *Entered:* | 08/15/2005 08/16/2005 | Reply to Response to Motion |
| 75 | *Filed & Entered:* *Terminated:* | 08/22/2005 11/28/2005 | Motion to Strike |
| 76 | *Filed & Entered:* | 08/22/2005 | Memorandum in Support of Motion |
| 77 | *Filed:* *Entered:* | 08/30/2005 09/01/2005 | USCA Mandate |
| 78 | *Filed & Entered:* | 09/12/2005 | Order |
| 79 | *Filed:* *Entered:* | 11/23/2005 11/28/2005 | Order on Motion to Alter Judgment |
| 80 | *Filed & Entered:* | 11/28/2005 | Order on Motion to Strike |
| 81 | *Filed & Entered:* | 11/29/2005 | Judgment |
| 82 | *Filed & Entered:* | 01/27/2006 | Notice of Appeal |
| 83 | *Filed & Entered:* | 01/27/2006 | Motion for Leave to File |
| 84 | *Filed & Entered:* | 02/02/2006 | Memorandum in Opposition to Motion |
| 85 | *Filed & Entered:* | 02/03/2006 | Memorandum in Opposition to Motion |

                THE PLAINTIFF
                LEONYER RICHARDSON


By_____/S/_____
Cynthia R. Jennings
Federal Bar No. ct21797
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Tel:   203-334-4800
Fax:   203-333-7178
e-mail: cynthia_jennings_law@yahoo.com

## CERTIFICATION

This is to certify that on this 18th day of July 2005, I hereby mailed a copy of the Index to The Record on Appeal to:

Joseph A. Jordano
Asst. Attorney General
Office of the Attorney General
55 Elm Street P. O. Box 120
Hartford, CT 06141-0120

James M. Sconzo and
Jonathan C. Sterling
JORDEN BURT LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089

Brian A. Doyle, Esq.
35 Marshall Road
Rocky Hill, CT 06067

_____/S/_____
Cynthia R. Jennings