Scan  
no disc

UNITED STATES DISTRICT COURT FILED  
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LEONYER RICHARDSON | : | CASE NO. A II: 25 |
|  | : | 3:02-cv-00625 |
| **Plaintiff** | : |  |
| v. | : |  |
|  | : |  |
| COMMISSION ON HUMAN RIGHTS | : |  |
|  AND OPPORTUNITIES; | : | April 24, 2006 |
| OFFICE OF POLICY & MANAGEMENT;: |  |  |
| CYNTHIA WATTS ELDER; | : |  |
| LEANNE APPLETON; | : |  |
| LINDA YELMINI; | : |  |
| DONALD BARDOT; | : |  |
| ADMINISTRATIVE & RESIDUAL | : |  |
|  EMPLOYEES UNION |  |  |
| **Defendants** | : |  |

### MOTION FOR PERMISSION TO WITHDRAW
### AS COUNSEL FOR THE PLAINTIFF

Pursuant to Local Rule 15, the undersigned attorney, Cynthia R. Jennings hereby moves for permission to withdraw from the instant matter as counsel for Plaintiff.   WHEREFORE, it is respectfully submitted that this motion for permission to withdraw as Plaintiff's counsel be granted.

**ORAL ARGUMENT IS NOT REQUESTED**

PLAINTIFF  
By: _____  
CYNTHIA R. JENNINGS, ESQ.,  
THE BARRISTER LAW GROUP, LLC  
211 State Street  
Bridgeport, CT 06604  
Tel: 203-334-4800  
Fax: 203-368-6985  
Email: Cynthia_jennings_law@yahoo.com  
Federal Bar. No. ct21797

1  
Cynthia R. Jennings, Esq.  
THE BARRISTER LAW GROUP, LLC  
211 State Street~Bridgeport, CT 06604  
(203) 334-4800 (O)   (203) 368-6985 (Fax)  
Federal Bar No. ct21797

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2006, a copy of foregoing MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF was sent by U.S. mail to the following counsel of record:

Brian A. Doyle
Ferguson, Doyle & Springer
35 Marshall Rd.
Rocky Hill, CT 06067-1400

James M. Sconzo
Jonathan C. Sterling
Jorden Burt LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089

Joseph A. Jordano
David Teed
Attorney General's Office
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120

By: /s/ Cynthia R. Jennings