UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 APR 26  A 11: 25
U.S. DISTRICT COURT
HARTFORD, CT.

LEONYER RICHARDSON

**Plaintiff**

v.

COMMISSION ON HUMAN RIGHTS
 AND OPPORTUNITIES;
OFFICE OF POLICY & MANAGEMENT;
CYNTHIA WATTS ELDER;
LEANNE APPLETON;
LINDA YELMINI;
DONALD BARDOT;
ADMINISTRATIVE & RESIDUAL
 EMPLOYEES UNION
    **Defendants**

CASE NO.
3:02-cv-00625 AVC

April 24, 2006

**MOTION FOR PERMISSION TO WITHDRAW
AS COUNSEL FOR THE PLAINTIFF**

Pursuant to Local Rule 15, the undersigned attorney, Cynthia R. Jennings hereby moves for permission to withdraw from the instant matter as counsel for Plaintiff. WHEREFORE, it is respectfully submitted that this motion for permission to withdraw as Plaintiff's counsel be granted.

**ORAL ARGUMENT IS NOT REQUESTED**

PLAINTIFF

By: _____
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-368-6985
Email: Cynthia_jennings_law@yahoo.com
Federal Bar. No. ct21797

1
Cynthia R. Jennings, Esq.
THE BARRISTER LAW GROUP, LLC
211 State Street Bridgeport, CT 06604
(203) 334-4800 (O)   (203) 368-6985 (Fax)
Federal Bar No. ct21797

[Margin annotations: "Seen / no obj" ; "88 1" ; "April 27, 2006. SO ORDERED. GRANTED. Alfred V. Covello, U.S.D.J."]

[Stamp: FILED 2006 APR 27 P 02:10 U.S. DISTRICT COURT HARTFORD, CT]